■ BARBARA MELVILLE, Respondent, v. FRANK MELVILLE, Appellant.— In an action for separation, defendant husband appeals from so much of a judgment of the Supreme Court, Westchester County, dated November 2, 1966, dismissing the complaint after a nonjury trial, as awarded plaintiff permanent alimony and an additional counsel fee; and plaintiff cross-appeals from the same judgment. Cross appeal dismissed, with $30 costs and disbursements, unless plaintiff file and serves a proper appendix within 30 days after entry of the order hereon. Determination of defendant's appeal will be held in abeyance in the meantime. The appendix submitted by plaintiff is patently insufficient for the purpose of reviewing the issues raised by her. It is clearly impossible to review the weight of the evidence without an examination of all the pertinent proof; and plaintiff's appendix is completely wanting in that regard (see, E. P. Reynolds, Inc. v. Nager Elec. Co., 17 N Y 2d 51; Pollack v. Pollack, 25 A D 2d 756; CPLR 5528; Appellate Division Rules, Second Dept., part 1, rule XVI). Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ASARO, Appellant.— Order of the Supreme Court, Kings County, dated March 27, 1967, affirmed, without prejudice to the right of defendant to bring whatever proceeding he deems advisable relating to the proceedings for parole violation. In our opinion the documentary evidence justifies the conclusion that defendant is not entitled to a hearing on his alleged claim of errors and denial of constitutional rights at the trial and sentencing. This record is barren of any of the proceedings that occurred at the time of the apprehension and incarceration of defendant for parole violation. Our decision, therefore, is without prejudice to the right of defendant to seek whatever legal relief, if any, he deems appropriate under the recent decision of the Supreme Court of the United States in Mempa v. Rhay (389 U. S. 128). Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.